IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JALEN TAHEEN FOSTER
  a/k/a "Real Boston Richey"
RAYSHUN TAHEUS FOSTER
  a/k/a "Real Boston Glizzy"
DE'ANTHONY JAMARI SWATZIE
  a/k/a "Swift"
SAMUEL PARAMORE, III
JERDY D. MILLER, JR.
  and
DEANDRE KWANDERRIAS BROWNLEE
  a/k/a "Nemo"
_____/

SEALED
SUPERSEDING
INDICTMENT
4:23cr57-MW

THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about June 4, 2020, and on or about November 3, 2022, in the Northern District of Florida and elsewhere the defendants,

JALEN TAHEEN FOSTER,
a/k/a "Real Boston Richey,"
RAYSHUN TAHEUS FOSTER,
a/k/a "Real Boston Glizzy,"
DE'ANTHONY JAMARI SWATZIE,
a/k/a "Swift,"
SAMUEL PARAMORE, III,
JERDY D. MILLER, JR.,
and
DEANDRE KWADERRIAS BROWNLEE,
a/k/a "Nemo,"



did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

Between on or about July 27, 2022, and on or about October 28, 2022, in the Northern District of Florida, the defendant,

**JALEN TAHEEN FOSTER,**
a/k/a "Real Boston Richey,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce, that is:

1. a. On or about November 7, 2014, **JALEN TAHEEN FOSTER** was convicted in the State of Florida of attempted robbery;

   b. On or about November 7, 2014, **JALEN TAHEEN FOSTER** was convicted in the State of Florida of grand theft of motor vehicle;

    c.    On or about November 7, 2014, **JALEN TAHEEN FOSTER** was convicted in the State of Florida of poss. of firearm by delinquent and grand theft of firearm; and

    d.    On or about May 23, 2017, **JALEN TAHEEN FOSTER** was convicted in the State of Florida of burglary of structure.

2.    For each of these crimes, **JALEN TAHEEN FOSTER** was subject to punishment by a term of imprisonment exceeding one year.

3.    Thereafter, **JALEN TAHEEN FOSTER** did knowingly possess a firearm, to wit, a Smith and Wesson 9 millimeter pistol, a Glock .40 caliber pistol, a Glock .40 caliber pistol fitted with a 9 millimeter barrel, a Smith & Wesson .38 caliber revolver, a Norinco 7.62 millimeter rifle, a Hatsan 12 gauge shotgun, a Colt .45 caliber pistol, a Taurus 9 millimeter pistol, a Romarm 7.62 millimeter rifle, an Anderson 7.62 millimeter pistol, a FM Products 9 millimeter pistol, and a Glock 9 millimeter pistol modified to fire as a machinegun.

4.    These firearms had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE

Between on or about July 27, 2022, and on or about October 28, 2022, in the Northern District of Florida, the defendant,

**JALEN TAHEEN FOSTER,
a/k/a "Real Boston Richey,"**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, as charged in Count One of this Indictment, did knowingly possess a firearm, namely, a Smith and Wesson 9 millimeter pistol, a Glock .40 caliber pistol, a Glock .40 caliber pistol fitted with a 9 millimeter barrel, a Smith & Wesson .38 caliber revolver, a Norinco 7.62 millimeter rifle, a Hatsan 12 gauge shotgun, a Colt .45 caliber pistol, a Taurus 9 millimeter pistol, a Diamondback 9 millimeter pistol, Romarm 7.62 millimeter rifle, an American Tactical 5.56 millimeter pistol, a Zaviar LLC 5.56 millimeter pistol, an Anderson 7.62 millimeter pistol, and a FM Products 9 millimeter pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

On or about October 28, 2022, in the Northern District of Florida, the defendant,

**RAYSHUN TAHEUS FOSTER,
a/k/a "Real Boston Glizzy,"**

4

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce, that is:

1. On or about July 25, 2018, **RAYSHUN TAHEUS FOSTER** was convicted in the State of Florida of grand theft of motor vehicle.

2. For this crime, **RAYSHUN TAHEUS FOSTER** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **RAYSHUN TAHEUS FOSTER** did knowingly possess a firearm, to wit, a Glock .40 caliber pistol, a Glock .40 caliber pistol fitted with a 9 millimeter barrel, a Smith & Wesson .38 caliber revolver, a Norinco 7.62 millimeter rifle, a Hatsan 12 gauge shotgun, a Colt .45 caliber pistol, a Taurus 9 millimeter pistol, a Romarm 7.62 millimeter rifle, an Anderson 7.62 millimeter pistol, a FM Products 9 millimeter pistol, and a Glock 9 millimeter pistol modified to fire as a machinegun.

4. These firearms had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIVE

Between on or about September 25, 2021, and on or about October 28, 2022, in the Northern District of Florida, the defendant,

**RAYSHUN TAHEUS FOSTER,**
**a/k/a "Real Boston Glizzy,"**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, as charged in Count One of this Indictment, did knowingly possess a firearm, namely, a Glock .40 caliber pistol, a Glock .40 caliber pistol fitted with a 9 millimeter barrel, a Smith & Wesson .38 caliber revolver, a Norinco 7.62 millimeter rifle, a Hatsan 12 gauge shotgun, a Colt .45 caliber pistol, a Taurus 9 millimeter pistol, a Diamondback 9 millimeter pistol, Romarm 7.62 millimeter rifle, an American Tactical 5.56 millimeter pistol, a Zaviar LLC 5.56 millimeter pistol, an Anderson 7.62 millimeter pistol, a FM Products 9 millimeter pistol, and a Glock 9 millimeter pistol modified to fire as a machinegun.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

## COUNT SIX

On or about September 30, 2022, in the Northern District of Florida, the defendant,

**JERDY D. MILLER, JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT SEVEN

On or about September 30, 2022, in the Northern District of Florida, the defendant,

**JERDY D. MILLER, JR.,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, as charged in Count One of this Indictment, and possession with intent to distribute a controlled substance, as charged in Count Six of this Indictment, did knowingly possess a firearm, namely, a Glock 9 millimeter pistol and a Glock 9 millimeter pistol modified to fire as a machinegun.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

7

## COUNT EIGHT

On or about September 30, 2022, in the Northern District of Florida, the defendant,

**JERDY D. MILLER, JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1.    a.   On or about December 17, 2021, **JERDY D. MILLER, JR.,** was convicted in the State of Florida of possession of cocaine with intent to sell; and

      b.   On or about December 17, 2021, **JERDY D. MILLER, JR.,** was convicted in the State of Florida of possession of more than 20 grams cannabis.

2.    For each of these crimes, **JERDY D. MILLER, JR.,** was subject to punishment by a term of imprisonment exceeding one year.

3.    Thereafter, **JERDY D. MILLER, JR.,** did knowingly possess a firearm, to wit, a Glock 9 millimeter pistol and a Glock 9 millimeter pistol modified to fire as a machinegun, and ammunition, namely, 9 millimeter, .22 caliber, and .223 caliber.

4.     These firearms and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINE

On or about December 8, 2021, in the Northern District of Florida, the defendant,

**DEANDRE KWADERRIAS BROWNLEE,**
**a/k/a "Nemo,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, that is:

1.     On or about February 22, 2019, **DEANDRE KWADERRIAS BROWNLEE** was convicted in the State of Florida of two counts of insurance fraud.

2.     For each of these crimes, **DEANDRE KWADERRIAS BROWNLEE** was subject to punishment by a term of imprisonment exceeding one year.

3.     Thereafter, **DEANDRE KWADERRIAS BROWNLEE** did knowingly possess a firearm, to wit, a Ruger 9 millimeter pistol.

4.   This firearm had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TEN

On or about September 30, 2022, in the Northern District of Florida, the defendant,

**DEANDRE KWADERRIAS BROWNLEE,**
**a/k/a "Nemo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT ELEVEN

On or about September 30, 2022, in the Northern District of Florida, the defendant,

**DEANDRE KWADERRIAS BROWNLEE,**
**a/k/a "Nemo,"**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, as charged in Count One of this Indictment, and possession of a controlled substance with intent distribute, as charged in Count

Ten of this Indictment, did knowingly possess a firearm, namely, a Romarm 7.62 millimeter pistol and a Diamondback 5.56 millimeter rifle.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWELVE

On or about September 30, 2022, in the Northern District of Florida, the defendant,

**DEANDRE KWADERRIAS BROWNLEE,**
**a/k/a "Nemo,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce, that is:

1. On or about February 22, 2019, **DEANDRE KWADERRIAS BROWNLEE** was convicted in the State of Florida of two counts of insurance fraud.

2. For each of these crimes, **DEANDRE KWADERRIAS BROWNLEE** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **DEANDRE KWADERRIAS BROWNLEE** did knowingly possess a firearm, to wit, a Romarm 7.62 millimeter pistol.

4.     This firearm had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CONTROLLED SUBSTANCE FORFEITURE

The allegation contained in Counts One, Six, and Ten of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count One, punishable by imprisonment for more than one year, the defendants,

> JALEN TAHEEN FOSTER,
> a/k/a "Real Boston Richey,"
> RAYSHUN TAHEUS FOSTER,
> a/k/a "Real Boston Glizzy,"
> DE'ANTHONY JAMARI SWATZIE,
> a/k/a "Swift,"
> SAMUEL PARAMORE, III,
> JERDY D. MILLER, JR.,
> and
> DEANDRE KWADERRIAS BROWNLEE,
> a/k/a "Nemo,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their interest in:

A.     Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations.

    B.    Property used in any manner or part to commit or to facilitate the commission of such violations.

    C.    The property to be forfeited includes:

        ii.    $50,000.00 in United States currency seized from the custody of **JALEN TAHEEN FOSTER** and **RAYSHUN TAHEUS FOSTER** on October 28, 2022;

        vii.    "Hubba Bubba" pendant and chain seized from the custody of **JALEN TAHEEN FOSTER** on October 28, 2022;

        viii.    Two-tone rose-gold/stainless-steel and diamond Rolex Date-Just watch seized from the custody of **JALEN TAHEEN FOSTER** on October 28, 2022; and

        ix.    Two-tone rose-gold/stainless-steel and diamond Audemars Piguet Royal Oak watch seized from the custody of **JALEN TAHEEN FOSTER** on October 28, 2022.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

        i.    cannot be located upon the exercise of due diligence;

        ii.    has been transferred or sold to, or deposited with, a third person;

        iii.    has been placed beyond the jurisdiction of this Court;

   iv. has been substantially diminished in value; or

   v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

## FIREARMS FORFEITURE

The allegations contained in Counts Two through Five, Seven through Nine, Eleven, and Twelve of this Indictment are hereby realleged and incorporated by reference. Because the defendants,

**JALEN TAHEEN FOSTER,**
a/k/a "Real Boston Richey,"
**RAYSHUN TAHEUS FOSTER,**
a/k/a "Real Boston Glizzy,"
**JERDY D. MILLER, JR.,**
and
**DEANDRE KWADERRIAS BROWNLEE,**
a/k/a "Nemo,"

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts Two through Five, Seven through Nine, Eleven, and Twelve perpetrated in whole or in part by the use of a firearm, did knowingly possess the firearms described above, any and all interest that this defendant has in the firearms involved in these violations is vested in the United

14

States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

██████████████████

FOREPERSON

Feb. 6, 2024
DATE

_____
JASON R. COODY
United States Attorney

_____
JAMES A. McCAIN
Assistant United States Attorney

15