IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

DEANDRE KWADERRIAS BROWNLEE
   a/k/a "Nemo"

Case No. 4:23cr57-MW

## STATEMENT OF FACTS

The Defendant agrees to the following facts and admits that, if this case were to proceed to trial, the Government could prove them beyond a reasonable doubt.

During the charged conspiracy, the Defendant conspired with Jalen and Rayshun Foster, Jerdy Miller, and numerous currently uncharged individuals in Tallahassee and elsewhere to distribute marijuana. The Florida Department of Law Enforcement conducted a drug investigation that included search warrants for records from Facebook and Instagram for several individuals, including the Defendant. The records show that the Defendant and a small group of other individuals were consistently supplied with marijuana by Jalen and Rayshun Foster. The group being supplied by the brothers included Jerdy Miller. The Defendant was obtaining pound-quantities of marijuana from the Fosters which were at times "fronted" to him (provided on consignment with the expectation of later payment). The Defendant was also steering customers to others in the group when he could not

FILED IN OPEN COURT THIS

2/26/2024

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

personally complete a sale. Additional documentary evidence of the conspiracy was found in text communications on Jerdy Miller's cellphone.

Starting in August 2022, the Tallahassee Police Department began conducting surveillance on Jerdy Miller for drug sales. Surveillance on Miller revealed that Miller spent time at the Defendant's apartment, and that the two appeared to be working together. Subsequent surveillance at the Defendant's apartment revealed the Defendant engaged in apparent drug transactions outside of his apartment. For instance, on September 26, 2022, the Defendant exited his apartment and got into the passenger seat of an Infiniti in the parking lot. The Defendant was having a discussion with the driver that kept getting interrupted by cars coming to apparently buy marijuana from the Defendant. The Defendant got out of the Infiniti on three separate occasions to walk upstairs to his apartment, presumably retrieve marijuana, and then deliver it to the newly arrived car. After speaking with the driver of the Infiniti, the Defendant got out of the Infiniti with what appeared to be a one-pound vacuum sealed bag of marijuana and carried it back inside his apartment. Law enforcement followed the driver of the Infiniti, who attempted to flee from a traffic stop. A subsequent search warrant for the Infiniti driver's vehicle and residence revealed a concealed firearm, oxycodone, approximately six pounds of marijuana,

over $7000 cash, and more than 40 empty bags which appeared to have each previously contained a pound of marijuana.

On September 27, 2022, officers observed the Defendant engage in another suspected drug-transaction outside of his apartment. Officers stopped the suspected marijuana purchaser and discovered approximately 80 grams of marijuana in the vehicle.

**Count 9**

On December 8, 2021, law enforcement was attempting to arrest the Defendant because of active state warrants. They observed the Defendant inside a barbershop with a handgun sticking out of his pocket and carrying a backpack. The Defendant later left the barbershop carrying the backpack, but with the handgun no longer visible. Officers stopped the vehicle the Defendant was riding in and arrested the Defendant. Inside the backpack, they found a Ruger 9 millimeter pistol and approximately 36 grams of marijuana. Nexus examination showed that the Ruger 9 millimeter pistol had been manufactured in Arizona.

**Counts 10–12**

On September 30, 2022, the Tallahassee Police Department executed a search warrant at the Defendant's residence. When officers approached the residence, the Defendant's brother was exiting his apartment. Officers told the Defendant's brother

to get on the ground, but the Defendant's brother instead threw a baggie of marijuana and attempted to flee. The Defendant's brother was quickly taken into custody and the marijuana was recovered. The Defendant's brother had $2300 cash on him when arrested. Inside the apartment, officers found the driver of the Infiniti discussed above, hiding behind a bedroom door, who had to be forcibly removed from the room.

Inside the Defendant's bedroom, officers found a pound of marijuana, $1740 cash, and dozens of recently emptied bags that previously contained a pound of marijuana. Inside the Defendant's closet, officers found more than 200 grams of alpha-PVP, along with a Diamondback AR-15 style rifle, 128.4 grams of marijuana, a Draco AK-47 style pistol readily accessible on top of a laundry basket, and $356 cash. Luggage that had been used to transport marijuana was also found in the bedroom. Two additional pounds of marijuana, additional alpha PVP, digital scales with marijuana residue, drug packaging material, and additional empty one-pound bags of marijuana were found in the living room and kitchen. There was bulk marijuana in plain view on the couch upon immediately entering the apartment. There was additional bulk marijuana in plain view next to a digital scale in the kitchen.

Post-Miranda, the Defendant admitted that he was selling marijuana from the apartment. The Defendant said he was holding the white powder for someone else and didn't want to talk about it. The Defendant admitted that there was an AR- rifle in the apartment. The Defendant said that there are people out there who get jealous when you are doing well, and you need to protect yourself. The Defendant said that his car had previously been shot up and he did not have a firearm at the time, and that would not happen again.

Nexus examination revealed that the Diamondback 5.56×45mm caliber rifle (AR15 style rifle) was manufactured in Florida. The Romarm 7.62×39mm caliber pistol (Micro Draco) was manufactured in the Country of Romania.

The Defendant possessed the firearms to protect himself, including protecting himself from the risk of drug-related robberies.

**Felony conviction**

On February 22, 2019, the Defendant was adjudicated guilty in Leon County case 2017 CF 2607 of two counts of insurance fraud, having previously been placed on felony probation with a withhold. The Defendant had absconded from felony probation and received a jail sentence to end his case. At the time of the charged firearm possessions, the Defendant was aware that he had been convicted of a felony.

**Forfeiture**

The Ruger semi-auto pistol, Model 08605, 9mm luger caliber, with serial number 860-52083 was used to commit the offense charged in Count Nine.

The Diamondback semi-auto rifle, model DB15, 5.56x45mm caliber, serial number DB2466086 was used to commit the offense charged in Count Eleven.

The Romarm semi-auto pistol Model Micro Draco, 7.62x39mm caliber, serial number PMD-12555-19 RO was used to commit the offense charged in Counts Eleven and Twelve.

## **ELEMENTS**

**Count 1: Conspiracy to distribute and possess with intent to distribute marijuana, PJI O100**
(1) two or more people in some way agreed to try to accomplish a shared and unlawful plan to distribute or possess with intent to distribute marijuana; and
(2) the Defendant, knew the unlawful purpose of the plan and willfully joined in it.

**Count 10: Controlled Substances—Possession with Intent to Distribute, PJI O98**
(1) the Defendant knowingly possessed marijuana; and
(2) the Defendant intended to distribute the marijuana.

**Count 9 and 12: Possession of Firearm by a Convicted Felon**
(1) The Defendant knowingly possessed a firearm;
(2) At the time of the charged act, the defendant had previously been convicted of a crime punishable by imprisonment for more than one year;
(3) At the time of the charged act, the defendant knew that he had been

6

convicted of such an offense; and
   (4)   The firearm had been transported in interstate or foreign commerce.


**Count 11: Possessing a Firearm in Furtherance of a Drug-Trafficking Crime**, PJI O35.3
   (1)   that the Defendant committed the drug trafficking crime charged in Count 1 or 3 of the indictment; and
   (2)   that the Defendant knowingly possessed a firearm in furtherance of that crime, as charged in the indictment.

                                        JASON R. COODY
                                        United States Attorney


_____          _____
JANESE CARUTHERS                    JAMES A. McCAIN
Attorney for Defendant              Assistant United States Attorney

_____          2/13/2024
DEANDRE K. BROWNLEE                 Date
Defendant

2-26-24
Date

7